No. 23-1578

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

GEOCOMPLY SOLUTIONS INC.,

*Plaintiff-Appellant*,

v.

XPOINT SERVICES LLC,

*Defendant-Appellee*.

Appeal from the United States District Court for the District of Delaware,
No. 1:22-cv-01273-WCB, Judge William C. Bryson.

**GEOCOMPLY SOLUTIONS INC.'S MOTION FOR
EXTENSION OF TIME TO FILE THE REPLY BRIEF**

Plaintiff-appellant GeoComply Solutions Inc. ("GeoComply") moves under Federal Circuit Rule 26(b) for a 45-day extension of time in which to file its reply brief, to and including Friday, December 15, 2023. GeoComply's reply brief currently is due Tuesday, October 31, 2023. This is the first request for an extension of time to file the reply brief. Defendant-appellee Xpoint Services LLC has stated that it consents to an extension of 30 days and will not file a response.

Good cause exists for the requested extension. Counsel for GeoComply had and have several other matters pending in this and other courts. Counsel recently filed an opening brief on October 10 in *In re Entresto (Sacubitril/Valsartan)*,

Nos. 23-2218, -2219, -2220, -2221, -2260 (Fed. Cir.). Further, counsel currently have an opening brief due October 30 in *C.R. Bard, Inc. v. Atrium Medical Corporation*, No. 23-16020 (9th Cir.); a response brief due October 31 in *Cirba Inc. v. VMware, Inc.*, No. 23-1466 (Fed. Cir.); a response brief due October 31 in *Cirba Inc. v. VMware, Inc.*, No. 23-1478 (Fed. Cir.); an opening brief due November 6 in *Droplets, Inc. v. Yahoo! Inc.*, No. 23-1854 (Fed. Cir.); a reply brief due December 5 in *C.R. Bard, Inc. v. AngioDynamics, Inc.*, No. 23-2056 (Fed. Cir.); a response brief due December 6 in *Cirba Inc. v. VMware, Inc.*, No. 23-1770 (Fed. Cir.); oral argument on December 7 in *Lynwood Investments CY Limited v. Maxim Konovalov, et al.*, Nos. 22-16399, 23-15672 (9th Cir.); and a reply brief due December 11 in *In re Entresto (Sacubitril/Valsartan)*, Nos. 23-2218, -2219, -2220, -2221, -2260 (Fed. Cir.).

For these reasons, GeoComply requests that the Court grant an extension of time, to and including Friday, December 15, 2023, in which to file the reply brief.

Dated:  October 18, 2023

D<small>OUGLAS</small> A<small>NDERSON</small> G<small>RADY</small>
B<small>AKER</small> & H<small>OSTETLER</small> <small>LLP</small>
999 Third Avenue, Suite 3900
Seattle, WA 98104

A<small>NDREW</small> E. S<small>AMUELS</small>
B<small>AKER</small> & H<small>OSTETLER</small> <small>LLP</small>
200 Civic Center Drive, Suite 1200
Columbus, OH 43215

Respectfully submitted,

/s/ Deanne E. Maynard
D<small>EANNE</small> E. M<small>AYNARD</small>
M<small>ORRISON</small> & F<small>OERSTER</small> <small>LLP</small>
2100 L Street NW, Suite 900
Washington, DC 20037
Tel.:  (202) 887-8740
DMaynard@mofo.com

R<small>ICHARD</small> S.J. H<small>UNG</small>
M<small>ORRISON</small> & F<small>OERSTER</small> <small>LLP</small>
425 Market Street
San Francisco, CA 94105

*Counsel for Plaintiff-Appellant GeoComply Solutions Inc.*

# CERTIFICATE OF INTEREST

Counsel for GeoComply Solutions Inc. certify under Federal Circuit Rule 47.4 that the following information is accurate and complete to the best of their knowledge:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case.

GeoComply Solutions Inc.

2. **Real Parties in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None.

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

GeoComply Solutions Inc. has no parent corporation. A fund managed by Blackstone Inc. holds over 10% of GeoComply's stock.

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.

BAKER & HOSTETLER LLP: Paul J. Bruene, Kevin P. Flynn, Jeffrey J. Lyons

5. **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

None.

6. **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).

Not applicable.

Dated:  October 18, 2023                                    /s/ Deanne E. Maynard
                                                              Deanne E. Maynard

No. 23-1578

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

GEOCOMPLY SOLUTIONS INC.,

*Plaintiff-Appellant*,

v.

XPOINT SERVICES LLC,

*Defendant-Appellee*.

Appeal from the United States District Court for the District of Delaware,
No. 1:22-cv-01273-WCB, Judge William C. Bryson.

**DECLARATION OF DEANNE E. MAYNARD IN SUPPORT OF
GEOCOMPLY SOLUTIONS INC.'S MOTION FOR
EXTENSION OF TIME TO FILE THE REPLY BRIEF**

I, Deanne E. Maynard, hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice law in the District of Columbia and the state of Virginia, and I am admitted to practice before this Court. I am a partner with the law firm of Morrison & Foerster LLP, and counsel of record for plaintiff-appellant GeoComply Solutions Inc. ("GeoComply") in this appeal. I make this declaration in support of GeoComply's motion for a 45-day extension of

time in which to file the reply brief, from Tuesday, October 31, 2023, to Friday, December 15, 2023.

    2.    All of the facts set out in the motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

Executed on this 18th day of October, 2023.



/s/ Deanne E. Maynard
Deanne E. Maynard

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 291 words.

This motion complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, including serifs, using Microsoft Word 2022 in Times New Roman 14-point font.

Dated: October 18, 2023                                        /s/ Deanne E. Maynard

ny-2633304